# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LORRAINE LACROIX

VERSUS

DR. CHARLES T. COLEMAN, DDS,
CHARLES T. COLEMAN, DMD, A
PROFESSIONAL DENTAL
CORPORTAION, AND ABC
INSURANCE COMPANY

NO.   2020 CW 0606

CONSOLIDATED WITH

NO.   2020 CW 0607

**SEPTEMBER 03, 2020**

---

In Re:   Charles  T.  Coleman,  DMD,  A  Professional  Dental
Corporation  and  Charles  T.  Coleman,  DDS,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 657418.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.**   The  district  court's  March  5,
2020 judgment is a final, appealable judgment.  See **Pertuit v.
LeBlanc,**  216  So.2d  863,  865  (La.  App.  2d  Cir.  1968);  and
**Williams v. Wendy's Old Fashioned Hamburgers, Inc.,**  503  So.2d
137  (La.  App.  5th  Cir.  1987).  Thus,  the  writ  application  is
granted  for  the  limited  purpose  of  remanding  this  matter  to  the
district  court  with  instructions  to  grant  appeals  to  defendants,
Charles  T.  Coleman,  DDS  and  Charles  T.  Coleman,  DMD,  A
Professional  Dental  Corporation,  pursuant  to  the  notices  of
intent  to  seek  supervisory  writs  filed  on  March  19,  2020  and
March 16, 2020, respectively.  See **In Re Howard,**  541  So.2d  195
(La.  1989)  (per  curiam).  In  the  event  defendants  seek  to  appeal
the  district  court's  judgment,  they  shall  submit  an  order  for
appeal  to  the  trial  court  within  thirty  days  of  this  court's
order.  Additionally,  a  copy  of  this  court's  order  is  to  be
included in the appellate record.

                              **JMM**
                              **WRC**

**Theriot, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT